**OVERPECK LAND CORPORATION et al., Plaintiffs-Appellants, v. VILLAGE OF RIDGEFIELD PARK, West Shore Railroad Company, et al.**

No. 4548.

Circuit Court of Appeals, Third Circuit.

Aug. 19, 1931.

Donald M. Waesche, of Ridgefield Park, N. J. (Mark A. Sullivan, of Jersey City, N. J., of counsel), for appellants.

Wm. J. Morrison, Jr., and Morrison, Lloyd & Morrison, all of Hackensack, N. J., for appellee Village of Ridgefield Park.

Wall, Haight, Carey & Hartpence, of Jersey City, N. J., for appellees West Shore R. Co., and another.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment [43 F.(2d) 597] entered by the trial judge sitting without a jury for the defendants in an ejectment suit. Every substantial question raised here was raised in the District Court and correctly decided there, and the judgment is affirmed on the opinion of the learned District Judge.

Affirmed.

**Joe PASCUZZI v. UNITED STATES of America.**

No. 5822.

Circuit Court of Appeals, Sixth Circuit.

April 17, 1931.

Rodney Baxter, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

PER CURIAM.

Judgment of District Court affirmed by court order.

**Roy PASCUZZI v. UNITED STATES of America.**

No. 5821.

Circuit Court of Appeals, Sixth Circuit.

April 17, 1931.

Rodney Baxter, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

PER CURIAM.

Judgment of District Court affirmed by court order.

**PATHE EXCHANGE, Inc., et al., Appellants, v. WALT DISNEY PRODUCTIONS, Limited, Appellee.**

No. 6493.

Circuit Court of Appeals, Ninth Circuit.

Sept. 2, 1931.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to motion of counsel for appellants, approved by counsel for appellee, ordered appeal dismissed without costs to either party; mandate forthwith.